Date: 08/10/09 Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 06-40945 - OPS SALES, INC.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Worldwide Express<br>15 Trailside Way, #B<br>Ashland, MA 01721 | 000001 | 1,151.62 | 2.90 |
| W B Mason<br>PO Box 11<br>Brockton, MA 02303 | 000003 | 184.40 | 0.46 |
| Joel Resnik<br>Rusnack Design, Inc.<br>470 Merrimac Street<br>Newburyport, MA 01950 | 000005 | 1,100.00 | 2.77 |
| Associated Employers Insurance Company<br>c/o Paul Kaufman, PC<br>482 Broadway<br>Somerville, MA 01245 | 000007 | 742.67 | 1.86 |
| United Parcel Service<br>c/o Receivable Management Services<br>PO Box 4396<br>Timonium, MD 21093 | 000009 | 91.29 | 0.23 |
| ---------- Remittance Total ---------- | | 3,269.98 | 8.22 |

_____
JOSEPH H. BALDIGA CHAPTER 7 TRUSTEE

COURT1                                Printed: 08/10/09 12:05 PM   Ver: 14.31c